The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| STONEBRIDGE HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | Cause No. 2:22-cv-01101-JLR<br><br>STIPULATION <u>AND ORDER</u> TO EXTEND INITIAL DISCLOSURE DUE DATE<br><br>NOTE FOR MOTION CALENDAR: OCTOBER 24, 2022 |

## STIPULATION

The Parties, pursuant to Local Rule 7(j), submit this Stipulation to Extend Initial Disclosure Due Date. The Parties respectfully request the current deadline of November 4, 2022, as set forth in ECF No. 8, be extended to the new deadline of November 14, 2022.

DATED: October 20, 2022.

**STEIN, SUDWEEKS & STEIN, PLLC**

 *s/ Jessica Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
***Attorneys for Plaintiff***

STIPULATION TO EXTEND INITIAL DISCLOSURE DUE DATE – 1
W.D. of WA/SEA Case No.: 2:22-cv-01101-JLR
4820-0684-6941, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 2000
SEATTLE, WASHINGTON 98101-2570
(206) 624-1800/FAX (206) 624-3585

DATED: October 24, 2022.

SOHA & LANG, P.S.

*s/ Jillian M. Henderson*
Jillian M. Henderson, WSBA # 40665
Jennifer P. Dinning, WSBA # 38236
**Attorneys for Defendant Oregon Mutual Insurance Company**

ORDER

Based on the above stipulation, the deadline for the exchange of Initial Disclosures is hereby moved from November 4, 2022, to November 14, 2022.

DATED this 24th day of October, 2022.

Honorable James L. Robart
United States District Judge

STIPULATION TO EXTEND INITIAL DISCLOSURE DUE DATE – 2
W.D. of WA/SEA Case No.: 2:22-cv-01101-JLR
4820-0684-6941, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 2000
SEATTLE, WASHINGTON  98101-2570
(206) 624-1800/FAX (206) 624-3585