HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STONEBRIDGE HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:22-CV-01101-JNW<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED<br><br>NOTE ON MOTION CALENDAR: MARCH 21, 2024 |

### I. STIPULATED MOTION

Come now, Plaintiff Stonebridge Homeowners Association ("Association") and Defendant Oregon Mutual Insurance Company ("Oregon Mutual"), by and through their respective counsel, and stipulate to this motion for a continuance of the deadlines for filing motions related to discovery and for discovery to be completed.

Counsel for the Association and Oregon Mutual have met and conferred and propose an extension of the following deadlines:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Filing Motions Related to Discovery | 04/10/2024 | 04/24/2024 |
| Discovery Completed By | 05/10/2024 | 05/24/2024 |

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

## II.    GOOD CAUSE SHOWN

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here because the parties have agreed to enter into mediation of this matter on April 5, 2024. For purposes of judicial economy, the parties propose that the deadlines for filing motions related to discovery and for discovery each be extended two weeks to allow the parties to prepare discovery motions and take depositions after the mediation, if necessary. This extension is not made for purposes of delay, but rather to permit the parties additional time in an attempt to resolve this matter amicably without incurring substantial further costs or requiring additional time and resources on behalf of the Court. The parties respectfully request that the Court extend the currently scheduled deadlines as set forth above. A proposed order is included herewith.

DATED this 21st day of March, 2024.

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

DATED this 21st day of March, 2024.

**SOHA & LANG, P.S.**

*/s/ Jennifer P. Dinning*
Jillian M. Henderson, WSBA #40665
Jennifer P. Dinning, WSBA #38236
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
Email: henderson@sohalang.com
Email: dinning@sohalang.com
Telephone: (206) 624-1800
Facsimile: (206) 624-3585

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

# ORDER

Based on the above Stipulated Motion, IT IS SO ORDERED that the deadlines for filing motions related to discovery and for discovery to be completed are extended as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Filing Motions Related to Discovery | 04/10/2024 | 04/24/2024 |
| Discovery Completed By | 05/10/2024 | 05/24/2024 |

No other deadlines or events are altered.

**DATED THIS** 10th day of April, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff*

**SOHA & LANG, P.S.**

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 4

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

*/s/ Jennifer P. Dinning*
Jillian M. Henderson, WSBA #40665
Jennifer P. Dinning, WSBA #38236
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
Email: henderson@sohalang.com
Email: dinning@sohalang.com
Telephone: (206) 624-1800
Facsimile: (206) 624-3585

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 5

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024, a copy of the foregoing ***Document*** and this ***Certificate of Service*** were served on counsel below as noted:

<u>Attorneys for Defendant Oregon Mutual Insurance Company:</u>
Jillian M. Henderson
Jennifer P. Dinning
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
henderson@sohalang.com
dinning@sohalang.com

☐ via US Mail
☐ via Legal Messenger
☐ via E-Mail
☒ via USDC ECF

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 21st day of March, 2024, at Tukwila, Washington.

*s/Zach Heafner*
Zach Heafner
Stein, Sudweeks & Stein, PLLC
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 6

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660