HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STONEBRIDGE HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:22-CV-01101-JNW<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 21, 2024 |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case shall be dismissed with prejudice and without an award of costs or fees to either party.

DATED this 20th day of June, 2024.

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff Stonebridge Homeowners Association*

DATED this 20th day of June, 2024.

**SOHA & LANG, P.S.**

*/s/ Jennifer P. Dinning*
Jennifer P. Dinning, WSBA #38236
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
Email: dinning@sohalang.com
Telephone: (206) 624-1800
Facsimile: (206) 624-3585

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

## II. ORDER

The Court having reviewed the foregoing stipulation of the parties, now, therefore, HEREBY ORDERS, ADJUDGES, AND DECREES that the above-referenced case is dismissed with prejudice and without an award of attorney fees or costs to either party.

IT IS SO ORDERED.

DATED this 25th day of June, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff Stonebridge Homeowners Association*

**SOHA & LANG, P.S.**

/s/ *Jennifer P. Dinning*
Jennifer P. Dinning, WSBA #38236
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
Email: dinning@sohalang.com
Telephone: (206) 624-1800
Facsimile: (206) 624-3585

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2024, a copy of the foregoing ***Document*** and this ***Certificate of Service*** were served on counsel below as noted:

<u>Attorneys for Defendant Oregon Mutual Insurance Company:</u>
Jennifer P. Dinning
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
dinning@sohalang.com

☐ via US Mail
☐ via Legal Messenger
☐ via E-Mail
☒ via USDC ECF

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 21st day of June, 2024, at Tukwila, Washington.

<u>*s/Zach Heafner*</u>
Zach Heafner
Stein, Sudweeks & Stein, PLLC
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 4

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660